OPINION #  O-7531  WAS NEVER ISSUED OR

WAS WITHDRAWN.